LAW OFFICES OF SEAN LEWIS PLLC
# MUSIC CITY VISA
IMMIGRATION & CITIZENSHIP ATTORNEYS

October 31, 2012

U.S. District Court
The Hon. Juliet Griffin
801 Broadway, Room 756
Nashville, TN 37203

  Re: U Visa Certification Request
     Patronilio GRACIA-Reyes; Case No. 3:12-cv-645

Dear Judge Griffin:

  Pursuant to our conversation on the telephone today, I am sending you the U Visa resource guide published by DHS/USCIS. Although the guide is very helpful in explaining the parameters of the U Visa itself, there is little discussion regarding the certification by judges.

In my experience, judges consider these requests on a case-by-case basis nationwide in both civil and criminal cases. This is particularly true where Department of Labor violations are alleged in a civil matter.

Recently, Davidson County General Sessions Judge Aaron Holt certified a request involving civil fraud because the underlying activity was criminal in nature. Judge Holt had never seen such a request and decided that as Chief Judge, he was "authorized" to certify the I-918 Supp. I do not believe that in practice, courts designate any one judge to certify these, since the individual judge in the underlying matter would have first-hand knowledge of the activity underlying a request. It might be the case, and a great conversation for the Middle District judges to have regarding requests such as this. Further, the Department of Homeland Security offers web-based trainings for courts which may be scheduled by contacting Donna Kane, DHS Community Engagement Officer at 802.527.4722.

Because we recently made a similar request to two other judges in your court, I am copying Judge Campbell and Brown on this letter along with the resource guide.

If you have any questions, please do not hesitate to contact me.

I thank you for your time.

Respectfully,

Sean Lewis

Enclosure: U Visa Resource Guide
Cc: Hon. Todd Campbell; Hon. Joe Brown

Main Office: 144 Second Avenue North, Suite 150, Nashville, Tennessee 37201 ~ Tel (615) 226-4236
Chattanooga Satellite Office: 633 Chestnut St., Suite 600, Chattanooga, Tennessee 37450 ~ Tel(423)200-4154
Toll-Free (866) 892-9264 Fax (866) 495-1214
Email: Sean@SeanLewisAttorney.com Web: www.MusicCityVisa.com