IN THE MIDDLE DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

AT NASHVILLE

| | |
|---|---|
| PATRONILIO GARCIA REYES, ) <br> SANTOS GARCIA REYES, and ) <br> MIGUEL GARCIA REYES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AVON CONLEY and DON CONLEY, ) <br> d/b/a CONLEY STONE COMPANY; and ) <br> CONLEY STONE COMPANY ) <br> ) <br> Defendants. ) | Civil Action No. 3:12-cv-0645 <br> Judge Nixon <br> Magistrate Judge Griffin |

## MOTION TO STRIKE AND/OR DISMISS DHS' MOTION TO RECONSIDER

Comes now the Plaintiff, by and through Counsel and moves the Court to strike and/or dismiss the Plaintiff's Motion for U Visa Certification [doc. 28]. As grounds, Plaintiff would show that on October 7, 2013, a law enforcement agency certified the U Visa, and that said motion is now moot. [Petitioner's affidavit Attachment to Doc. 35].

THEREFORE, the Petitioner respectfully requests that the Court strike said pleading/or dismiss said motion.

Respectfully Submitted,

/s/ Sean Lewis
Sean Lewis (BPR 021222)
Law Offices of Sean Lewis, PLLC
144 Second Avenue North, Ste. 150
Nashville, TN 37201
(615) 646-6002
Sean@MusicCityVisa.com
Attorney for Patronilio Garcia Reyes

## CERTIFICATE OF SERVICE

Service of the foregoing was accomplished through the Court's Electronic Filing System on this the 9'th day of October 2013, upon all those who receive notice in the Court's ECF system, including the following persons:


J.Craig Oliver
John P. Rogers
BRADLEY ARANT BOULT CUMMINGS, LLP
PO Box 340025
Nashville, TN 37203
(615) 252-2310
coliver@babc.com
jrodgers@babc.com

J. Gerard Stranch, IV
Joey Paul Leniski, Jr.
Karla M. Campbell
Branstetter, Stranch & Jennings, PLLC
227 2nd Ave. North, 4'th Floor
Nashville, TN 37201
(615) 254-8801

                                                                               /s/   Sean Lewis_____