IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATRONILIO GARCIA REYES, et al., ) | |
| ) | No. 3:12-cv-00645 |
| Plaintiffs, ) | |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Griffin |
| ) | |
| AVON CONLEY, et al., ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

## ORDER

Pending before the Court is Plaintiff Patronilio Garcia Reyes's first Motion for U-Visa Certification and Motion to File Sealed Document ("Motion"), in which Mr. Reyes requests the Court provide him with judicial certification for his application for a "U-Visa." (Doc. No. 25.) As the Court has previously granted Plaintiff's Motion to Strike (Doc. No. 36), Plaintiff's request is no longer at issue. Accordingly, the Motion (Doc. No. 25) is **TERMINATED AS MOOT**.

It is so ORDERED.

Entered this the 15th day of October, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT